IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:13CR221 |
| | ) |
| BILLY GENE JEFFERSON, JR., | ) |
| | ) |
| *Defendant.* | ) |

## **RESTITUTION ORDER**

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is sentenced to pay restitution in the amount of **$9,491,918.47**.

2. The victims' names, addresses and respective total loss amounts are listed in Attachment A to this Restitution Order.

3. Interest is waived.

4. Notwithstanding any other provision of this Restitution Order, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

5. The Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

6. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ _25.00_ per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

7. All payments shall be made to the Clerk of Court, United States District Court, Suite 3000, 701 East Broad Street, Richmond, Virginia 23219-3528.

8. Within 30 days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

9. No delinquent or default penalties will be imposed except upon Order of the Court.

10. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

11. In accordance with the Court's oral ruling from the bench at the hearing held on September 9, 2014, the request for restitution by Foss and Company is hereby DENIED.

/s/
John A. Gibney, Jr.
Honorable John A. Gibney, Jr.
United States District Judge

ENTERED this 2nd day of December, 2014.

at Richmond, Virginia

## ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Restitution Amount: |
|---|---|
| Virginia Department of Taxation<br>600 East Main Street<br>Richmond, Virginia 23219 | $7,193,270.00 |
| Chevron U.S.A. Inc.<br>c/o Chevron TCI, Inc.<br>345 California Street, Room 3041<br>San Francisco, CA 94104 | $2,298,648.47 |
| Total due from Defendant: | $9,491,918.47 |